THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL JOHNSON, Appellant.

Submitted September 9, 2013; decided September 12, 2013

Motion for assignment of counsel granted and James D. Licata, Esq., Rockland County Public Defender, 11 New Hempstead Road, New City, New York 10956 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MALDONADO, Appellant.

Submitted August 26, 2013; decided September 12, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARK RUSSELL, Respondent.

Submitted August 12, 2013; decided September 12, 2013

Motion to vacate this Court's July 19, 2013 dismissal order granted [see 21 NY3d 1012 (2013)].

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SIDNEY WISDOM, Respondent.

Submitted March 11, 2013; decided September 12, 2013

Motion to require appellant to provide respondent's counsel with material granted to the extent that appellant is required to provide respondent's counsel with copies of the DVD recordings of the videotaped statements and the related excerpt from the transcript (minutes of Apr. 19, 1996 at 7, lines 3-8).